In the Matter of the Estate of JOHN W. BARRETT, Deceased. CITY BANK FARMERS TRUST COMPANY, as Executor of MABEL A. BARRETT, Deceased, and as Executor and Trustee under the Will of JOHN W. BARRETT, Deceased, Appellant-Respondent; RUTHERFORD TRUST COMPANY, as Trustee under the Will of WILLIAM M. BARRETT, Deceased, Respondent, and CARLETON S. COOKE, as Executor and Trustee under the Will of WILLIAM M. BARRETT, Deceased, et al., Respondents-Appellants.— Order denying motion to set aside service of the citation upon Carleton S. Cooke, as executor and trustee, unanimously reversed and the motion granted. This State has no jurisdiction over the foreign executor (*Helme* v. *Buckelew*, 229 N. Y. 363). Order [granting motion to set aside service of citation upon Rutherford Trust Company] unanimously affirmed. Concur — Peck, P. J., Callahan, Breitel and Rabin, JJ. [206 Misc. 363.]

■

In the Matter of THOMAS SPAGNOLA, Petitioner, against WATERFRONT COMMISSION OF NEW YORK HARBOR, et al., Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents and the petition dismissed. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Rabin, JJ.

■

In the Matter of NICHOLAS TANZELLA, Petitioner, against WATERFRONT COMMISSION OF NEW YORK HARBOR, et al., Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents and the petition dismissed. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Rabin, JJ.

■

In the Matter of THOMAS PICCINI, Petitioner, against WATERFRONT COMMISSION OF NEW YORK HARBOR, et al., Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents and the petition dismissed. Concur — Peck, P. J., Cohn, Callahan, Breitel and Rabin, JJ.